**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

**SHAMIS & GENTILE, PA**
Joshua Moyer, Esq. (CA Bar No. 259908)
401 W. A Street, Suite 200
San Diego, CA 92101
Telephone: (305) 479-2299
jmoyer@shamisgentile.com

*Counsel for Plaintiff and Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ARTHUR VEGA, individually and on behalf of all others similarly situated, | Case No. |
| | **CLASS ACTION** |
| *Plaintiff,* | **JOINT STIPULATION OF DISMISSAL** |
| vs. | |
| MONEX PLACE WELLNESS, INC. d/b/a MR NICE GUY, a California corporation, | |
| *Defendant.* | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Arthur Vega, and Defendant, Monex Place Wellness, Inc. d/b/a Mr Nice Guy, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1. All claims of the Plaintiff, Arthur Vega, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: May 7, 2021

Respectfully Submitted:

**Shamis & Gentile, P.A.**
/s/ Joshua Moyer
Joshua Moyer, Esq.
CA Bar No. 259908
jmoyer@shamisgentile.com
401 W. A Street, Suite 200
San Diego, CA 92101
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class.*

**Michel & Associates, P.C.**
/s/Konstadinos T. Moros
Konstadinos T. Moros, Esq.
kmoros@michellawyers.com
CA Bar No. 306610
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: 562-216-4444

*Counsel for Defendant.*

**JOINT STIPULATION OF DISMISSAL**

## **Certificate of Service**

I hereby certify that on May 07, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By:     _/s/ Joshua Moyer_
        Joshua Moyer, Esq.
        CA Bar # 259908

_Attorneys for Plaintiff and the Class_

**JOINT STIPULATION OF DISMISSAL**