UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SACV 20-02134-CJC (ADSx) | Date | May 7, 2021 |
|---|---|---|---|
| Title | Arthur Vega v. Monex Place Wellness, Inc. et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Chery Wynn
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                      None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court is in receipt of Plaintiff's Notice of Voluntary Dismissal [19], and hereby orders the case dismissed with prejudice as to plaintiff's individual claims, and without prejudice as to the purported class claims. Further, the Court orders all proceedings in the case vacated and taken off calendar.

_____  :  _____

Initials of Deputy Clerk:        cw